**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Columbus OKON, Defendant–Appellant.**

No. 04–10295.

D.C. No. CR–01–00986–FJM.

United States Court of Appeals,
Ninth Circuit.

Submitted May 9, 2005.*

Decided May 19, 2005.

Peter S. Sexton, Lewis & Roca, LLP, Phoenix, AZ, for Plaintiff–Appellee.

Law Office of Paul J. Mattern, Phoenix, AZ, for Defendant–Appellant.

Before REINHARDT, NOONAN, and FERNANDEZ, Circuit Judges.

MEMORANDUM**

Columbus E. Okon appeals from his guilty plea conviction and sentence for three counts of health care fraud. *See* 18 U.S.C. § 1347. We dismiss the appeal.

When Okon entered into the plea agreement with the government, he waived his right to appeal "any matter pertaining to [his] prosecution and sentence," and at the plea hearing he was explicitly referred to and questioned about that provision. His appeal waiver is enforceable and deprives us of jurisdiction. *See United States v. Jeronimo,* 398 F.3d 1149, 1152–53 (9th Cir.

---

\* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

2005); *United States v. Joyce,* 357 F.3d 921, 922–23 (9th Cir.2004); *United States v. Nguyen,* 235 F.3d 1179, 1182–83 (9th Cir.2000); *United States v. Martinez,* 143 F.3d 1266, 1271 (9th Cir.1998). On appeal, Okon does not assert that his waiver was not knowing and voluntary. Thus, that question is not before us. *See United States v. Nunez,* 223 F.3d 956, 958–59 (9th Cir.2000).

DISMISSED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.